

80 Pine Street │ 33rd Floor │New York, NY │10005│T. (212) 269-5600 │F. (646) 964-6667 │www.mandelbhandari.com

April 25, 2018

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   ***Mindspirit, LLC, et al. v. Evalueserve, Ltd.,*
               Case No. 1:15-cv-06065**

Dear Judge Gardephe:

    We write on behalf of Plaintiff Mindspirit, LLC ("Mindspirit").  In compliance with Section IV(H) of the Court's Individual Rules we write to inform the Court that more than 90 days have elapsed since Plaintiffs' Motion for Summary Judgment [Dkt. 73] was fully submitted.

    Plaintiffs' motion was fully submitted on July 19, 2017.

                                        Respectfully submitted,

                                        Robert Glunt