UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDSPIRIT, LLC,

             Plaintiff,

- against -

EVALUESERVE LTD,

             Defendant.

**VERDICT**

15 Civ. 6065 (PGG)

The jury hereby unanimously makes the following findings:

### Breach of Contract

1. Has Mindspirit, LLC proven, by a preponderance of the evidence, that Evalueserve LTD breached a legally binding contract between the parties?

   YES ✓         NO _____

   **If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, your deliberations are at an end, and the foreperson should sign and date the verdict sheet, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

2. Has Evalueserve proven, by a preponderance of the evidence, an affirmative defense that was not waived?

   YES _____         NO ✓

   **Once you have answered Question 2, your deliberations are at an end. The foreperson should sign and date the verdict sheet, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

Dated: 10/11/19

Signature of Foreperson