UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

MINDSPIRIT LLC,

    Plaintiff,

vs.

EVALUESERVE LTD.,

    Defendant.

Case No.: 15-CV-6065 (PGG)

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on December 5, 2019, Defendant Evalueserve Ltd. ("Evalueserve") filed a motion to stay execution (the "Motion") of the October 24, 2019 judgment issued in this action (the "Judgment") (Dkt. #163);

**WHEREAS**, on December 23, 2019, the parties submitted a request to extend the briefing schedule for the Motion in order to try to reach a stipulation about the amount of money that Evalueserve must deposit with the Court in order to stay execution of the Judgement (Dkt. # 166);

**WHEREAS**, on January 2, 2020, the Court so-ordered the proposed briefing schedule (Dkt. # 167);

**WHEREAS**, the parties are still negotiating and believe that additional time may allow the parties to reach a stipulation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, as follows:

1.     Plaintiff Mindspirit LLC's shall file its papers in opposition to the motion on or before January 10, 2020.

2.     Evalueserve shall file any reply papers on or before January 17, 2020.

| MANDEL BHANDARI LLP | WUERSCH & GERING, LLP |
|---|---|
| By: /s/ Rishi Bhandari | By: /s/ Gregory F. Hauser |
| Evan Mandel<br>Rishi Bhandari<br>Robert Glunt<br>80 Pine Street, 33rd Floor<br>New York, New York 10005<br>Tel: (212) 269-5600<br>Fax: (646) 964-6667 | Gregory F. Hauser<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Tel: (212) 509-4717<br>Fax: (212) 509-9559 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: Jan. 7, 2020

**SO ORDERED**

_____
HON. PAUL G. GARDEPHE, U.S.D.J.