UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDSPIRIT, LLC,

               Plaintiff,

- against -

EVALUESERVE LTD.,

               Defendant.

**ORDER**

15 Civ. 6065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the funds deposited with the Clerk of Court pursuant to the Stipulation and Order dated January 20, 2020 (Dkt. No. 172) shall be deposited into the Court's Registry Investment System.

Dated: New York, New York
       January 25, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge